UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CARLOS OFARRIT-FIGUEROA
        Petitioner
    v.
TRACY JOHNS
        Respondent

**Judgment in a Civil Case**

Case Number: 5:10-HC-2083-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 28, 2011, with service on:
Scott Elliot Bayzle (via CM/ECF Notice of Electronic Filing)
John J. Butler (via CM/ECF Notice of Electronic Filing)
Michael James (via CM/ECF Notice of Electronic Filing)

January 28, 2011
        /s/ Dennis P. Iavarone
        Clerk

Raleigh, North Carolina